UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY JACKSON,

    Plaintiff,

v

PAUL L. MALONEY, et al,

    Defendants.

_____/

Case No. 1:25-CV-233

Hon. Jane M. Beckering

**ORDER OF RECUSAL**

In accordance with 28 U.S.C. § 455(a) and (b)(1), I hereby disqualify myself from all further proceedings in this case. The Clerk's Office shall reassign the case to another magistrate judge in accordance with the approved procedure.

**IT IS SO ORDERED.**

Dated: March 3, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge